

# Fourth Court of Appeals
## San Antonio, Texas

July 11, 2016

No. 04-16-00259-CV

**IN THE INTEREST OF A.P., ET AL., CHILDREN**,

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-01950
Honorable Martha B. Tanner, Judge Presiding

## O R D E R

On June 15, 2016, we abated this appeal and remanded the case to the trial court to determine (1) whether appellant Brittany B.'s counsel's motion to withdraw should be granted and, if so, (2) whether appellant Brittany B. is indigent. The trial court has signed an order granting the motion withdraw, finding appellant Brittany B. is not indigent and that she "is not entitled to appointed counsel and will not be appointed counsel for appellate purposes." We therefore **order** that this appeal be reinstated on the active docket of the court.

We further **order** appellant Brittany B. to file her appellant's brief and Christopher B. to file his appellant's brief by **August 1, 2016**. "In an appeal of a suit for termination of the parent-child relationship . . . appellate courts should, so far as reasonably possible, ensure that the appeal is brought to final disposition . . . [w]ithin 180 days of the date the notice of appeal is filed." TEX. R. JUD. ADMIN. 6.2(a). Therefore, motions for extension of time to file briefs will be disfavored.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of July, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court